[No. 43722-4-I.    Division One.    May 30, 2000.]

ROBERT ENDRES, ET AL., *Appellants*, v. STEVE SHERMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 96-2-00676-3, Alan R. Hancock, J., entered November 6, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Webster, JJ.

[No. 43807-7-I.    Division One.    May 30, 2000.]

LANCE NIKOLAISEN, ET AL., *Appellants*, v. SIMPSON TIMBER COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-16929-1, Richard D. Eadie, J., entered November 13, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.

[No. 43854-9-I.    Division One.    May 30, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ALLAN WESLEY PARMELEE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03026-3, Nicole MacInnes, J., entered November 19, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43875-1-I.    Division One.    May 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RAY TOPPEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01682-1, Michael J. Fox, J., entered December 7, 1998. *Affirmed* by unpublished per curiam opinion.